# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:17-CR-28-TLS |
| | ) | |
| DEMETRIUS ROBINSON | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 51], filed on February 12, 2018. The Defendant has waived objection to the Findings and Recommendation, and the Court being duly advised, ADOPTS the Findings and Recommendation [ECF No. 51] in its entirety and ACCEPTS the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), if applicable and necessary, the plea of guilty to the offenses charged in Count 1 of the single count Indictment is hereby ACCEPTED, and the Defendant is adjudged GUILTY of such offenses.

The notice of sentencing and pre-sentence scheduling deadlines will be issued by separate order.

SO ORDERED on February 28, 2018.

    s/ Theresa L. Springmann
    CHIEF JUDGE THERESA L. SPRINGMANN
    UNITED STATES DISTRICT COURT